UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIR MARK VILLANUEVA,<br><br>           Plaintiff,<br><br>vs.<br><br>DIAMOND RESTAURANT MANAGEMENT, BURGER KING ORGANIZATION, FORM UNKNOWN, LESA SIMPSON, MALISA BURROUGHS, DOES 1-10, 60 UNKNOWN DEFENDANTS, AND INDIVIDUALS UNIDENTIFIED,<br><br>           Defendants. | Case No. EDCV 09-0603-GAF(RC)<br><br>ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint and other papers along with the attached Amended Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

   IT IS ORDERED that: (1) the Amended Report and Recommendation IS APPROVED AND ADOPTED; (2) defendants Diamond Restaurant Management's and Lisa Simpson's motion to dismiss for insufficient service under Fed. R. Civ. P. 12(b)(5) is granted; (3) the Court

finds plaintiff has not timely served defendants under Fed. R. Civ. P. 4(m); and (4) Judgment shall be entered dismissing the complaint and action without prejudice against all defendants.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Amended Report and Recommendation by the United States mail on plaintiff.

DATED: December 4, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&R\09-0603.ado2
11/10/09