UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIR MARK VILLANUEVA, | Case No. EDCV 09-0603-GAF(RC) |
| Plaintiff, | |
| vs. | JUDGMENT |
| DIAMOND RESTAURANT MANAGEMENT, BURGER KING ORGANIZATION, FORM UNKNOWN, LESA SIMPSON, MALISA BURROUGHS, DOES 1-10, 60 UNKNOWN DEFENDANTS, AND INDIVIDUALS UNIDENTIFIED, | |
| Defendants. | |

IT IS ADJUDGED that Judgment shall be entered dismissing the complaint and action without prejudice against all defendants.

DATED: December 4, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&R\09-0603.jud2
11/10/09